PAUL M. WARNER, United States Attorney (#3389)
PAUL F. GRAF, Special Assistant United States Attorney (#1229)
Attorneys for the United States of America
192 East 200 North, Suite 200
St. George, Utah 84770
Telephone: (435) 634-2480

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | MISDEMEANOR INFORMATION |
| Plaintiff, | |
| vs. | 21 U.S.C. 844; SIMPLE POSSESSION OF A |
| PETER REILLY, | CONTROLLED SUBSTANCE |
| Defendant. | Magistrate David Nuffer |
| | 2:01CR435 |

The United States Attorney charges:

On or about July 15, 2001, in the Central Division of the District of Utah, within Zion National Park, PETER REILLY, the defendant herein, did knowingly possess a controlled substance (to wit: 1 pipe with marijuana, 25.2 grams [.3 DM]) as described in the Statement of Probable Cause attached and incorporated as though set forth fully herein; all in violation of 21 U.S.C. 844.

DATED this _____ day of July, 2001.

PAUL M. WARNER
United States Attorney

Paul F. Graf
Special Assistant U.S. Attorney

## STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on 7-15-01 while exercising my duties as a law enforcement officer in the Federal District of Zion National Park

I observed 4 men sitting around a campfire at Watchman Campground site # C-33. One of the men lit a small pipe, smoked it, and offered it to another man sitting next to him. As I walked up to the campsite, the man with the pipe attempted to conceal it. I smelled marijuana and I asked the man hiding the pipe to give me the drugs. He handed me a small wooden pipe and also told me there was a joint on the picnic table. The pipe smelled like marijuana and had marijuana inside. The joint was partially smoked and smelled like marijuana. I asked the men if he had any other drugs and he told me they only had marijuana. PETER REILLY was identified as the man with the pipe and I cited REILLY for said offense.

The foregoing statement is based upon:
☑ my personal observation           ☐ my personal investigation
☐ information supplied to me by my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 7-15-01    [signature]
                Date        Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
                Date                U.S. Magistrate Judge

---

## United States District Court
### Violation Notice

Loc. Code: UP 2A
Violation No.: P 469859
Officer No.: 0818(?)
Printed Officer Name: HAVENS
ZIP: 0010

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 7-15-01 / 2314
Offense Charged: 21 USC 844
Place of Offense: WATCHMAN CAMPGROUND C-33 / ZION NP
Offense Description: SIMPLE POSSESSION OF A CONTROLLED SUBSTANCE (MARIJUANA)

DEFENDANT INFORMATION
Last Name: REILLY
First Name: PETER
Street Address: 303 CALLOWAY AVE
City: SHELLO BEACH
State: CA    Zip: 93449
D.L. No.: A717177   D.L. State: CA
Date of Birth: 04-25-63
Social Security Number: 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

VEHICLE DESCRIPTION
Vehicle Tag No.: 1 P0593   State: CA   Year: 91
Make: [illegible]   Model: KONDA(?)   Color: BLK

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS.

___ I wish to terminate this matter by paying the collateral shown below, enclosed.
___ I plead not guilty and promise to appear as required.

YOUR COURT DATE
BEARING LOCATION:                    MAGISTRATE OFFICE
COURT DATE: 1                        PO BOX 2379
FIFTH JUDICIAL COURT                 ST. GEORGE, UT 84771
220 NORTH 200 EAST                   (435) 652-9784
ST. GEORGE, UT 84770

Date: 7-19-01    Time: 9:00 am

For payment by credit card, SEE INSTRUCTIONS

Collateral (fine): $ _____
Original - CVB Copy

Physical Description:
Sex: M   Race: W(?)   Height: 63   Weight: 200   Hair: RED   Eyes: BLU
(Circle One) Juvenile
Weather Conditions: Clear   Rain   Snow   Ice   Fog
Traffic Conditions: Medium   Heavy

NPS Form 10-90, Rev. 5/97